IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY WAYNE KEITH**
**ADC #183442**                                                              **PETITIONER**

v.                              No. 4:24-cv-503-DPM

**DEXTER PAYNE, Director**                                         **RESPONDENT**

ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 19*, and overrules Keith's objections, *Doc. 20*. Fed. R. Civ. P. 72(b)(3). Keith's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2025