IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY WAYNE KEITH**
ADC #183442                                                                    PETITIONER

v.                           No. 4:24-cv-503-DPM

**STATE OF ARKANSAS;
MICHELLE GRAY, Warden; and
DEXTER PAYNE, Director**                                                       RESPONDENTS

## JUDGMENT

Keith's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2025